People v Habeeb (2024 NY Slip Op 05764)

People v Habeeb

2024 NY Slip Op 05764

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024

PRESENT: LINDLEY, J.P., CURRAN, MONTOUR, DELCONTE, AND HANNAH, JJ. (Filed Nov. 15, 2024.) 

MOTION NO. (911/19) KA 18-01889.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
JERMAINE HABEEB, DEFENDANT-APPELLANT. (APPEAL NO. 2.)

MEMORANDUM AND ORDER
Motion for writ of error coram nobis and summary reversal denied.